UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA ONE DIGITAL IMAGING, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>YRC, INC. and SHEPARD EXPOSITION SERVICES, INC.,<br><br>Defendants. | Case No. 8:17-cv-1212-CJC-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Complaint Filed: July 17, 2017

The Court, having considered the Joint Stipulation to Dismiss Action with Prejudice Pursuant to FRCP 41 (a)(1)(A)(ii) hereby dismisses the action.

**IT IS SO ORDERED.**

Dated: February 7, 2018

Honorable Cormac J. Carney
U.S. District Court Judge
UNITED STATES DISTRICT COURT of CALIFORNIA